# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO.: **3:19-cr-157-HTW**

ISMAEL GOMEZ-GARCIA  DEFENDANT
a/k/a Virgilio Sanchez- Gomez

## NOTICE OF INTENT TO ENTER GUILTY PLEA

COMES NOW, the Defendant, Ismael Gomez-Garcia, by and through undersigned counsel, and notifies this Honorable Court and the United States Attorney's Office of his intent to enter a guilty plea in this cause.

RESPECTFULLY SUBMITTED, this the 20th day of September, 2019.

Respectfully submitted,

ISMAEL GOMEZ-GARCIA, DEFENDANT

/s/ *M. Bradley Mills*
Attorney for Defendant

M. BRADLEY MILLS, MSB #102070
Mills Law Firm, P.L.L.C.
282 West Government Street
Brandon, Mississippi 39042
Phone: 601-420-2030
Facsimile: 601-510-7404
Email: brad@themillslawfirm.net

## **CERTIFICATE OF SERVICE**

I, M. Bradley Mills, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of records.

This the 20th day of September, 2019.

/s/ *M. Bradley Mills*
Attorney for Defendant