**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                 **CRIMINAL NO.: 3:19-cr-157-HTW**

**ISMAEL GOMEZ-GARCIA**                          **DEFENDANT**
**a/k/a Virgilio Sanchez- Gomez**

# CASE STATUS REPORT

1) The Defendant's primary language is Spanish.

2) He is being housed in Talahatchie County

3) We have filed a Notice of Intent to Change Plea, ands requested some possible Court dates.

4) This will be a expedited sentencing hearing.

This the   26   day of September, 2019.

                                                   ____/s/ Brad Mills_____
                                                   M. BRADLEY MILLS
                                                   Attorney for the Defendant